UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

SHAWN WILLIAMS,

                              Plaintiff,

            -against-

LOUIS SCARCELLA, STEVEN CHMIL, LEWIS BOND, and
THE CITY OF NEW YORK,

                             Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

20-CV-2348 (KAM) (SJB)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

---

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 11, 2022

SHANIES LAW OFFICE
*Attorneys for Plaintiff*
101 Avenue of Americas, Eighth Floor
New York, NY 10013

By: *David B. Shanies* (signed)
    David B. Shanies

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Bond, and Chmil*
100 Church Street, 3rd Floor
New York, New York 10007

By: *Mary O'Flynn* (signed) 5/12/2022
    Mary O'Flynn

RICHARD E. SIGNORELLI
*Attorney for Defendant Scarcella*
52 Duane Street, 7th floor
New York, NY 10007

By: *Richard E. Signorelli* (signed) 5/12/2022
    Richard E. Signorelli

SO ORDERED:

*Kiyo A. Matsumoto, USDJ* (signed)

HON. SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE

Dated: 5.15.22, 2022